THE STATE v. BALL.

THE SAME v. EVANS.

THE SAME v. DECOTO ET AL.

THE SAME v. DECOTO.

1. **Appeal:** INSUFFICIENT RECORD: JUDGMENT AFFIRMED. A reversal cannot be had for alleged error in refusing a change of venue in a criminal case, when the record fails to show the grounds on which the change was asked.

*Appeal from Harrison District Court.*

FRIDAY, DECEMBER 11.

No appearance for appellants.

*A. J. Baker, Attorney-general,* for the State.

SEEVERS, J.—These causes have been submitted upon written transcripts. The first three contain the indictment, to which the defendants pleaded guilty, upon which the court rendered judgment in each case. The last case is like the others, except that the transcript does not contain a copy of the indictment. Motions were made in each case for a change of venue, which were overruled. The grounds upon which the motions were based are not stated in the transcripts. It is obvious that we can do nothing but affirm the judgments of the district court.

AFFIRMED.